Steven M. Lucks
FISHKIN LUCKS LLP
500 7th Avenue
8th Floor
New York, NY 10018
646.755.9200
slucks@fishkinlucks.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation, and OAKLEY, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LOFTY TRADING, INC., a New York corporation, and BEN CHANG FAN, individually,<br><br>Defendants. | Case No. 1:22-cv-10943<br><br>PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT |

Plaintiffs Luxottica Group S.p.A. and Oakley, Inc., pursuant to Fed. R. Civ. P. 7.1, provide this Certificate of Interested Parties and Corporate Disclosure Statement, and state:

Luxottica Group S.p.A. is corporation organized under the laws of Italy that is a subsidiary of EssilorLuxottica, a French corporation. EssilorLuxottica is publicly traded on the Euronext Paris Stock Exchange.

Oakley, Inc. is an indirect subsidiary wholly owned by Luxottica Group S.p.A. and Essilor International which in turn are wholly owned subsidiaries of EssilorLuxottica, S.A., which is publicly traded on the Euronext Paris Stock Exchange.

Dated: New York, NY
December 28, 2022

s/ *Steven M. Lucks*
Steven M. Lucks
500 7th Avenue
8th Floor
New York, NY 10018
646.755.9200
slucks@fishkinlucks.com
Attorneys for Plaintiff